UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

DAVID STEBBINS,                                                              PLAINTIFF

VS.                                   Case_____

AMERICAN ARBITRATION ASSOCIATION                           DEFENDANTS

## MOTION FOR MARSHALL SERVICE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Marshall Service in the above-styled action.

1. Alongside the Complaint and this Motion, I am also filing an application for leave to proceed in forma pauperis.
2. If granted, that would entitle me to have service of process conducted by the US Marshal at no cost to me. See Fed.R.Civ.P. 4(c)(3).
3. I therefore ask this Court to direct the US Marshal for the Southern District of New York to serve the defendant with process at the address provided in between ¶ 6 and ¶ 7 of the Complaint.

So requested on this, the 2nd day of January, 2026.

David Stebbins (pro se)
123 W. Ridge Ave.,
Apt D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

-1-