UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

DAVID STEBBINS,                                                                               PLAINTIFF

VS.                                             Case _____

AMERICAN ARBITRATION ASSOCIATION                           DEFENDANTS

## PROPOSED ORDER GRANTING APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND MOTION FOR MARSHAL SERVICE

COMES NOW before the Court, pro se Plaintiff David Stebbins' application for leave to proceed in forma pauperis and motion for marshal service.

For good cause shown, the Court GRANTS the Plaintiff's application for leave to proceed in forma pauperis. The Clerk is hereby directed to file his Complaint and all corresponding filings without prepayment of fees.

The Court also GRANTS the Plaintiff's motion for marshal service. The Clerk is hereby directed to prepare a summons in the above-styled action and serve it, and a copy of the complaint, on the US Marshal for the Southern District of New York. The Marshal is likewise directed to serve process on the Defendant without prepayment of fees at the registered agent provided in between ¶ 6 and ¶ 7 of the

IT IS SO ORDERED

_____/_____/_____
Date (MM/DD/YYYY)

_____
Signature of Judge