UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

DAVID STEBBINS,                                                              PLAINTIFF

VS.                             Case _____

AMERICAN ARBITRATION ASSOCIATION                        DEFENDANTS

## PROPOSED ORDER GRANTING EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

COMES NOW before the Court, pro se Plaintiff David Stebbins' emergency motion for temporary restraining order. For good cause shown, the Court GRANTS this motion.

Mr. Stebbins is hereby authorized to file suit in a court of competent jurisdiction for the two claims which he sought to file in arbitration but which the AAA refused to file.

While this Court lacks authority to compel other courts to do anything, I highly recommend, once the complaints are filed and the statutes of limitations and other filing deadlines are averted, to stay proceedings pending resolution of this case.

This order may be rescinded if the Court finds that Mr. Stebbins' Complaint in the above-styled action is frivolous or made in bad faith.

IT IS SO ORDERED

_____/____/_____
Date (MM/DD/YYYY)

_____
Signature of Judge