UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Stebbins,<br><br>                              Plaintiff,<br><br>       -against-<br><br>American Arbitration Association, Inc.,<br><br>                              Defendant. | 26cv17 (UA)<br><br>ORDER GRANTING IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated:
      New York, New York

                                                     s/Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                Chief United States District Judge