UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

DAVID STEBBINS,                                                                          PLAINTIFF

VS.                              Case 1:26-cv-00017

AMERICAN ARBITRATION ASSOCIATION                          DEFENDANTS

## NOTICE OF VOLUNTARY DISMISSAL

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Voluntary Dismissal in the above-styled action.

1. I have the absolute and non-reviewable right to voluntarily dismiss any civil action without leave of court as long as no Answer has been filed by the defendant. See Fed.R.Civ.P. 41(a)(1)(A)(i).

2. The Plaintiff has the "absolute, unqualified right" to file this dismissal at this stage. See Cooter & Gell v. Hartmarx Corp., 496 US 384, 410 (1990).

3. Also, the effects of this dismissal are instant and automatic, even without the Court's recognition. See Thorp v. Scarne, 599 F. 2d 1169, 1176 (2nd Cir. 1979):

> "Rule 41(a)(1)[i] is the shortest and surest route to abort a complaint when it is applicable. So long as plaintiff has not been served with his adversary's answer or motion for summary judgment he need do no more than file a notice of dismissal with the Clerk. _That document itself closes the file. There is nothing the defendant can do to fan the ashes of that action into life and the court has no role to play._ This is a matter of right running to the plaintiff and _may not be extinguished or circumscribed by adversary or court. There is not even a perfunctory order of court closing the file._ Its alpha and omega was the doing of the plaintiff alone." (emphasis added).

4. I therefore respectfully ask that the Court terminate this action in accordance with the laws.

-1-

So notified on this, the 21ˢᵗ day of February, 2026.

David Stebbins (pro se)<br>
123 W. Ridge Ave.,<br>
Apt D<br>
Harrison, AR 72601<br>
870-204-6516<br>
stebbinsd@yahoo.com