UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID STEBBINS,

                Plaintiff,

-against-

AMERICAN ARBITRATION ASSOCIATION, INC.,

                Defendant.

1:26-CV-0017 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On February 21, 2026, Plaintiff, who appears *pro se*, filed a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF 10.)

    This action is therefore dismissed without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure.[1] The Court directs the Clerk of Court to close this action.

    The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  February 25, 2026
         New York, New York

                                        /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                      Chief United States District Judge

---

[1] A voluntary dismissal under this rule is usually without prejudice. Fed. R. Civ. P. 41(a)(1)(B). "But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." *Id*.